UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. TOSTAND, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00378-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

      Plaintiff Gerrod Lonzell Herndon is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to the jurisdiction of a United States Magistrate Judge. (ECF No. 5.) Plaintiff initiated this action on March 18, 2016, and filed a complaint. (ECF No. 1.)

      On May 18, 2016, the Court dismissed Plaintiff's complaint for failure to state a claim, with leave to amend within thirty days. (ECF No. 6.) On May 31, 2016, Plaintiff filed a first amended complaint, (ECF No. 7), and on June 6, 2016, Plaintiff filed another first amended complaint, (ECF No. 8). On August 31, 2016, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 10.)

      On October 26, 2016, the Court issued an order disregarding Plaintiff's August 31, 2016 motion to proceed in forma pauperis as moot, and served that order by mail on Plaintiff at his address of record. (ECF No. 11.) On November 14, 2016, that order was returned to the Court with a notation "undeliverable, paroled."

Plaintiff is required to keep the Court apprised of his current address at all times. Local Rule 182(f), and Local Rule 183(b) provides, "If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

Plaintiff's address change was due by January 23, 2017, but he failed to file one and he has not otherwise been in contact with the Court. Based on the foregoing, it is HEREBY ORDERED that within **twenty (20) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __**January 30, 2017**__

UNITED STATES MAGISTRATE JUDGE